```
                                                    FILED
                                                 2007 FEB -8  AM 9: 11
                                                 CLERK US DISTRICT COURT
                                                 SOUTHERN DISTRICT OF CALIFORNIA

                                                 BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 02CR0843-GT |
| Plaintiff, ) | **ORDER TO PRODUCE DISCOVERY** |
| v. ) | |
| HOMER GIBBS, ) | |
| Defendant. ) | |

**GOOD CAUSE SHOWING**, the court hereby orders that United States Probation Office, and the United States Attorney's Office produce all documents relating to the allegations that Mr. Homer Gibbs violated the terms and conditions of his supervised release, as well as the notes, reports, and statements of all witnesses the government intends to call at the hearing on the allegations, including the probation officer's chronological notes ("chronos"), and any notes or reports relating to Mr. Homer Gibbs prepared by Mental Health Systems ("MHS").

2-6-07
DATE

HONORABLE GORDON THOMPSON
United States District Court Judge